UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Rais Uddin<br>Bijal Brahmbhatt<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 22-08487<br><br>Chapter: 13<br><br>Honorable Deborah L. Thorne |

**ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER
COURT-APPROVED RETENTION AGREEMENT**
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable

| | |
|---:|---|
| $0.00 | for legal services through confirmation of the plan. |
| $4,500.00 | for legal services through conclusion of the case. |
| $0.00 | for legal services after confirmation of the plan. |
| $25.00 | for reimbursable expenses. |
| $4,525.00 | **total fees and reimbursement allowed.** |
| $ -0.00 | less payment received from debtor prior to date of application. |
| $4,525.00 | **balance allowed under this order.** |

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: May 17, 2023

**Fees Payable to:**
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603